UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SEVERIANO GUTIERREZ, JR., <br> DAGOBERTO LOPEZ, <br> DANIEL LOPEZ, RAFAEL LOPEZ, <br> OSCAR GUTIERREZ, HUGO <br> MARTINEZ, JOSE GAMBOA, <br> REFUGIO CEPEDA OZUNA, and <br> ABEL BECERRA, <br>     Plaintiffs; <br><br> v. <br><br> AMANDA SEGURA, <br>     Defendant. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 2:19CV191 <br><br> JURY TRIAL DEMANDED |

**Amended Certificate of Service for Plaintiffs Motion for Partial Summary Judgment**

Counsel for Plaintiffs submit this Amended Certificate of Service for Plaintiffs' Motion for Partial Summary Judgment. Dkt. No. 40. Due to technical difficulties with the court's CM/ECF e-filing system, counsel for Plaintiffs were unable to file the motion until Friday, April 2, 2021. Because Ms. Segura remains *pro se* and is not enrolled in the court's e-filing system, Plaintiffs must serve a copy to Ms. Segura by certified mail. Accordingly, Counsel for Plaintiffs file this amended certificate of service, stating the correct date of service, which shall serve as a certificate of service for this document and Plaintiffs' Motion for Partial Summary Judgment. Dkt. No. 40.

Respectfully submitted,

TEXAS RIOGRANDE LEGAL AID, INC.

*/s/ David Mauch*_____
David Mauch
Texas Bar No.: 24086837

S.D. No.: 2918067
121 S. Main St., Ste. 100
Victoria, TX 77901
Phone: (361)237-1681
Fax: (361)576-1633
dmauch@trla.org
**Attorney-in-charge for Plaintiffs**

Daniela Dwyer
Texas Bar No. 24040842
S.D. No. 1340753
Texas RioGrande Legal Aid, Inc.
301 S. Texas Ave.
Mercedes, TX 78570
Phone: (956) 447-4800
**Co-counsel for Plaintiffs**

*Amended Certificate of Service for Dkt. No. 40, Plaintiffs' Motion for Partial Summary Judgment*                    2

## CERTIFICATE OF SERVICE

This is to certify that on April 5, 2021, a copy of this notice and a copy of Dkt. No. 40, Plaintiffs' Motion for Partial Summary Judgment, will be mailed to Defendant Amanda Segura by Certified Mail, Return Receipt Requested, at the following address of record for Defendant:

629 E Agostadero St.
Weslaco, TX

Upon receiving the return receipt, Plaintiffs will file the receipt with the court.

*/s/ David Mauch*
David Mauch
Texas Bar No.: 24086837
S.D. No.: 2918067
121 S. Main St., Ste. 100
Victoria, TX 77901
Phone: (361)237-1681
Fax: (361)576-1633
dmauch@trla.org
Attorney-in-charge for Plaintiffs

*Amended Certificate of Service for Dkt. No. 40, Plaintiffs' Motion for Partial Summary Judgment*                                                                                               3